## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Keith Eugene Washington,** | Civil No. 06-546 (MJD-JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| **Jessica Symmes,**<br>**Kathy Reid,**<br>**Barb Nelson,**<br>**Keri Anderson, and**<br>**Aillijo Allidis,** | |
| Defendants. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Washington's motion for a preliminary injunction (Doc. No. 11) is **DENIED.**

Dated this 9th day of March, 2007.

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Court Judge