UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Keith Eugene Washington,

    Plaintiff,

v.                              ORDER
                                 Civil No. 06-546(MJD/JJG)

Jessica Symmes, Kathryn Reid,
Barb Nelson, Keri Anderson, and
Aillijo Allidis,

    Defendants.

---

The above-entitled matter comes before the Court upon Plaintiff's objections to the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated July 19, 2007.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on that review the Court ADOPTS the Report and Recommendation dated July 19, 2007.

IT IS HEREBY ORDERED that:

1. Defendants' Motion for Summary Judgment [Doc. No. 47] is GRANTED;

2. Plaintiff's Motion against Summary Judgment [Doc. No. 36] is DENIED; and

3.      This matter is dismissed with prejudice.

Date: August 22, 2007

                                                    s / Michael J. Davis
                                                    Michael J. Davis
                                                    United States District Court

Civil No. 06-546